

March 31, 2021

**Subpoena Request
Under the Digital Millennium Copyright Act (DMCA)
17 U.S.C. §512(h)**

Susan Y. Soong
Clerk of the Court
United States District Court, Northern District of California
450 Golden Gate Ave.
San Francisco, CA 94102-3489

**RE:    Request to Issue Subpoena under the DMCA for Identification of Copyright Infringer**

Dear Ms. Soong:

I, Karl S. Kronenberger, under penalty of perjury, submit that I am authorized to act on behalf of the owner of such copyrights, in matters involving the online infringement of materials as stated herein.

I hereby request that you issue a subpoena under 17 U.S.C. §512(h), ordering Cloudflare, Inc. ("Cloudflare") as a service provider, to disclose the identity of a copyright infringer maintaining materials on Cloudflare's servers that infringe on the copyrights of Santo Remedio, LLC dba Dr. Juan's Santo Remedio.

The following are attached, as required by 17 U.S.C. §512(h):

1) The initial DMCA notifications to Cloudflare;

2) The proposed subpoena; and

3) A sworn declaration as to the purpose of the subpoenas.

If you have any questions about this notice, you may reach me at 415-955-1155, ext. 114, or at karl@KRInternetLaw.com. For your reference regarding procedures under 17 U.S.C. §512(h), please see *Artix Entertainment, LLC v. Does 1–10*, Case No. MC 09-119 (S.D. Tex. March 16, 2009).

Sincerely,

KRONENBERGER ROSENFELD, LLP

s/ Karl S. Kronenberger

Karl S. Kronenberger
*Enclosures*