





# CLOUDFLARE

Home    Features    Help    Sign up    Login

## Submit an Abuse Form       [Copyright Infringement & DMCA Violations]

**Your full name:** Jozef Opdeweegh

**© holder's full name** (Enter if you are not the copyright holder.): Santo Remedio, LLC dba Dr. Juan's Santo Remedio

**Your email address:** info@krinternetlaw.com

**Confirm email address:** info@krinternetlaw.com

**Title** (Optional):

**Company name** (Optional): c/o Kronenberger Rosenfeld, LLP

**Telephone** (Optional): 415-955-1155

**Address:** 150 Post St., Suite 520

**City:** San Francisco

**State / province:** CA

**Country:** United States

**Infringing URLs:**
https://www.paranosotrostodos.com/?fbclid=IwAR0iykJdYyQ-IF4CoTxOKmI6DrUm9IonwQPTcl8rC8X9U3x4eVY-I2EfJSE

**Video IDs** (If Applicable): If the report is related to videos on Cloudflare Stream (Cloudflare's video product) please list the video IDs here (one per line). You can find the video IDs by right-clicking on the video player.

**Describe the original work:** https://misantoremedio.com/

**512(f) acknowledgment, Good faith belief, Authority to act:** By checking this box, you attest, under penalty of perjury, that you have a good faith belief that use of the material in this report is not authorized by the copyright owner, its agent, or the law; AND you are authorized to act on behalf of the copyright owner; AND you understand, under 17 U.S.C. § 512(f), you may be liable for any damages, including costs and attorneys' fees, if you knowingly materially misrepresent reported material.

☑ I understand and agree

**Digital signature** (By entering your name, you affirm all information is true and accurate while agreeing to the policies on this page): Jozef Opdeweegh

Because Cloudflare does not have the ability to remove content from a website, it is our practice to forward abuse complaints to entities like the hosting provider and/or website owner to follow up. Please specify:

**Who should be notified?** (Please select at least one.)
☑ Please forward my report to the website hosting provider.
☑ Please forward my report to the website owner.

Note: The hosting provider may have their own policies for how they notify the website owner of a complaint.

[Submit]

### Copyright & DMCA policy

Cloudflare acknowledges abuse reports from copyright holders or their legally authorized representatives. You may not submit more than 250 infringing URLs at a time, and only domains that resolve to Cloudflare IPs will be responded to.

If your submission is valid, Cloudflare will act in accordance with our privacy and security policy. Cloudflare is a pass through network that caches content for a limited time only. We do not provide hosting services for any website. Cloudflare will notify the site owner and, where appropriate, the web hosting provider for the site in question.

By submitting a report, you agree to submitted data potentially being released by Cloudflare to third parties, such as Chilling Effects.

---
**Contact**
Contact support
Contact sales
Call sales: +1 888 993 5273

**What we do**
Plans
Overview
Features
Network
Apps

**Community**
Blog
Case studies
Partners
API

**Support**
Help center
System status
Resources
Videos
Trust & Safety

**About us**
Our team
Careers
Press
Terms of service
Privacy & security



© CloudFlare, Inc.