Clerk of the Court
March 31, 2021
Page **2** of **2**

## DECLARATION PURSUANT TO 17 U.S.C. §512(h)

I, Karl S. Kronenberger, the undersigned, declare that:

     1.    I am authorized to act on behalf of the copyright owner on matters involving the infringement of certain copyrighted works as detailed herein. This declaration is made in support of the accompanying subpoena, pursuant to 17 U.S.C. §512(h)(2)(C).

     2.    The purpose of the accompanying subpoena is to obtain the identity of the alleged copyright infringer(s) who infringed on the copyright owner's copyrights at the URLs listed on Exhibit A to the subpoena. The information obtained will be used only for the purpose of protecting the rights granted to Santo Remedio, LLC dba Dr. Juan's Santo Remedio, under Title 17 of the United States Code.

     I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed at San Francisco, California, March 31, 2021.

s/ Karl S. Kronenberger

Karl S. Kronenberger